**Marlito Navarro BIALA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71927.

United States Court of Appeals, Ninth Circuit.

Argued April 10, 2014.

Submitted July 23, 2014.

Filed July 25, 2014.

Bernadette Willeke Connolly, Law Offices of Bernadette W. Connolly, San Jose, CA, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Aaron R. Petty, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: NOONAN, NGUYEN, and WATFORD, Circuit Judges.

MEMORANDUM *

We grant the petition and remand it so the Board of Immigration Appeals can apply the framework established in *In re M–A–M–*, 25 I. & N. Dec. 474 (B.I.A.2011). *See Pannu v. Holder*, 639 F.3d 1225, 1229 (9th Cir.2011).

We do not reach Biala's other claims of error.

* This disposition is not appropriate for publication and is not precedent except as provided

PETITION GRANTED; REMANDED.